UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ROBERT PRUITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:15-cv-00013-RLY-MPB |
| ) | |
| CAPTAIN D'S LLC, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Pursuant to the court's Entry issued this day, the court now enters final judgment in favor of Defendant, Captain D's LLC, and against Plaintiff, Robert Pruitt.

**SO ORDERED** this 24th day of May 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.